

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00229-CV

Paul J. **KITTLE**, Jr.,
Appellant

v.

Patricia **KITTLE**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-16245
Honorable Angelica Jimenez, Judge Presiding

PER CURIAM

Sitting:      Beth Watkins, Justice
               Liza A. Rodriguez, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: October 6, 2021

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due on August 16, 2021 and was not filed. On September 2, 2021, we ordered appellant to file his brief and a written response explaining: (1) his failure to timely file a brief; and (b) why appellee was not significantly injured by appellant's failure to timely file a brief. We cautioned appellant that if he did not timely file the brief and written response by September 17, 2021, we would dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(c).

Appellant did not respond to our September 2, 2021 order. Accordingly, we dismiss this appeal for want of prosecution.

PER CURIAM